IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIEANNE WHEELER, on behalf of plaintiff and a class,<br><br>        Plaintiff,<br><br>   v.<br><br>AFNI, INC.,<br><br>        Defendant. | Case 1:12-cv-8227<br><br>Judge Edmond E. Chang |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, AFNI, INC. ("Afni"), by its attorneys, David M. Schultz and Justin M. Penn, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this court grant it an enlargement of time to file their responsive pleadings to the plaintiff's complaint, and in support thereof, state as follows:

1. Plaintiff's Complaint purports to state claims under the Fair Debt Collection Practices Act against the defendant.

2. Afni was served on or about October 22, 2012, and its responsive pleading is due on November 13, 2012.

3. Defendant respectfully requests an enlargement of time of 28 days, up to and including December 11, 2012 to file its responsive pleadings.

4. This time is not meant for purposes of unnecessary delay. Instead, the time is needed to explore the nature of the claims and allow counsel for the parties to discuss the claims and possible defenses. The initial status is set for December 17, 2012, and accordingly no other deadlines will need to be extended or affected.

5. Counsel for the defendant spoke with counsel for the plaintiff who indicated that the plaintiff does not oppose the instant request.

WHEREFORE, defendant, AFNI, INC., respectfully requests this court grant it a 28 day enlargements of time, and direct that the deadline for its responsive pleading be set for December 11, 2012.

        Respectfully submitted,

        AFNI, INC.

   By: /s/Justin M. Penn
       One of its Attorneys
       Justin M. Penn
       HINSHAW & CULBERTSON
       222 N. LaSalle Street, Ste 300
       Chicago, IL 60601
       (312) 704-3000
       jpenn@hinshawlaw.com

130467409

**CERTIFICATE OF SERVICE**

    I, an attorney, hereby certify that on November 13, 2012 I electronically filed Defendant's Unopposed Motion for Enlargement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          /s/Justin M. Penn
                                          Justin M. Penn

130467409